# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| MINDEN PICTURES, INC.<br>*Plaintiff(s)*<br>v.<br>GREAT LAKES PUBLISHING COMPANY d/b/a CLEVELAND SCENE<br>*Defendant(s)* | Civil Action No. 1:26-cv-2160 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Great Lakes Publishing Company d/b/a Cleveland Scene
c/o Lute Harmon
1422 Euclid Avenue, Suite 730
Cleveland, OH 44115

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Greg Barwell, Esq.
475 Metro Place S.
Suite 350
Dublin, OH 43017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CHRISTIAN M. CAPECE, CLERK OF COURT*

Date: September 4, 2026

/s/ C. Hayden
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-2160

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ________________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ________________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ________________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________________
______________________________ on *(date)* ________________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset